IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Armstrong Jr, Ralph | Case Number: 05 B 00797 |
|---|---|
|  | Judge: Wedoff, Eugene R |
| Printed: 6/24/08 | Filed: 1/11/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: May 22, 2008
Confirmed: April 28, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 8,271.96 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 4,546.91 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,503.20 |
| Trustee Fee: |  | 365.89 |
| Other Funds: |  | 855.96 |
| Totals: | 8,271.96 | 8,271.96 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Timothy K Liou | Administrative | 2,503.20 | 2,503.20 |
| 2. | Mortgage Electronic Registration Sys | Secured | 0.00 | 0.00 |
| 3. | Arrow Financial Services | Unsecured | 155.67 | 278.99 |
| 4. | Arrow Financial Services | Unsecured | 362.28 | 649.28 |
| 5. | ECast Settlement Corp | Unsecured | 652.17 | 1,168.81 |
| 6. | National Capital Management | Unsecured | 529.81 | 949.54 |
| 7. | CACV Inc | Unsecured | 837.13 | 1,500.29 |
| 8. | Capital One | Unsecured | 377.66 | 0.00 |
| 9. | Best Buy | Unsecured |  | No Claim Filed |
| 10. | Collect America | Unsecured |  | No Claim Filed |
| 11. | Providian | Unsecured |  | No Claim Filed |
| 12. | Sears Roebuck & Co | Unsecured |  | No Claim Filed |
|  |  |  | $ 5,417.92 | $ 7,050.11 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 22.45 |
| 3% | 9.56 |
| 5.5% | 53.95 |
| 5% | 16.26 |
| 4.8% | 150.09 |
| 5.4% | 113.58 |
|  | $ 365.89 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Armstrong Jr, Ralph | Case Number:  05 B 00797 |
| | Judge:  Wedoff, Eugene R |
| Printed:  6/24/08 | Filed:  1/11/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

